1
2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

3 VERONICA KESTER,

4          Plaintiff(s),

5     v.

NO. C04-1352P

6 ALBERTSONS, INC.,

ORDER ON MOTIONS RE: CASE
SCHEDULING

7          Defendant(s).

8

9    The above-entitled Court, having received and reviewed:

10   1.   Stipulation to Modify Case Schedule

11   2.   Defendant's Motion to Modify Case Schedule

12   3.   Plaintiff's Response to Defendant's Motion to Modify Case Schedule

13   4.   Reply Memorandum in Support of Defendant's Motion to Modify Case Schedule

14   and all exhibits and declarations attached thereto, makes the following ruling:

15   IT IS HEREBY ORDERED that the motion to continue the trial date is DENIED; there is no

16   evidence of a direct conflict with the existing trial date in counsel's schedule.

17   IT IS FURTHER ORDERED that the case schedule will be modified as follows:

18   A.   The mediation deadline is advanced from August 20, 2005 to **June 15, 2005.**

19   B.   The discovery cutoff date will be continued to **June 22, 2005.**

20   C.   The dispositive motions deadline will be continued to **July 7, 2005.**

21   The clerk is directed to provide copies of this order to all counsel of record.

22   Dated: May 16, 2005

                                                *[signature]*
                                                Marsha J. Pechman
                                                U.S. District Judge

**ORD ON MTNS RE
CASE SCHEDULE - 1**